Idell Lanes, Appellee, v. Walter Duffy, Appellant.

Gen. No. 9,443.

628

opinion filed August 25, 1939. Sears & Drolet, for appellant; Barnabas F. Sears, Kenneth D. Thomas and Leon L. Drolet, of counsel; Robert J. Wing, Arthur L. Puklin and Jerome Nelson, for appellee. Opinion by PRESIDING JUSTICE DOVE. ''Not to be published in full.''